W. DOUGLAS SPRAGUE (Bar No. 202121)
Email: dsprague@cov.com
ETHAN FORREST (Bar No. 286109)
Email: eforrest@cov.com
ANNIE SHI (Bar No. 327381)
Email: ashi@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

DAVID BUCKNER (Fla. Bar No. 060550)
Email: david@bucknermiles.com
BRETT E. VON BORKE (Fla. Bar No. 0044802)
Email: vonborke@bucknermiles.com
BUCKNER + MILES
3350 Mary Street
Miami, Florida 33133
Telephone: +1 (305) 964-8003
*pro hac vice*

Attorneys for Plaintiff
AIRBNB, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> v. <br><br> NGD HOMESHARING, LLC, a Florida limited liability company, and HARVEY HERNANDEZ, an individual, <br><br> Defendants. | Civil Case No.: 3:20-cv-00549-SI <br><br> **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED with prejudice.

Dated: March 11, 2020

_____
Hon. Susan Illston
United States District Court Judge